UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Patrick Williams,　　　　　　　　　　　　　　　Case No. 1:16-cv-2676

　　　　　　Petitioner

　　v.　　　　　　　　　　　　　　　　　　　　MEMORANDUM OPINION

Tom Schweitzer,

　　　　　　Respondent

On April 19, 2018, I dismissed as time-barred the § 2254 habeas petition of Petitioner Patrick Williams. (Doc. Nos. 13 & 14). I made this decision after considering the Report and Recommendation of Magistrate Judge Jonathan D. Greenberg, (Doc. No. 10), along with Williams' objections to thereto, (Doc. No. 11), and Respondent's response to Williams' objections, (Doc. No. 12). Williams now moves for an extension of time to file objections to the Report & Recommendation, claiming "it was determined that petitioner had failed to put forth any objection to the magistrate's report." (Doc. No. 15 at 1). Because Williams did file objections to the Report & Recommendation, which I specifically considered when reaching my decision to dismiss the petition as time-barred, the motion for an extension of time to file additional objections is denied as meritless. (Doc. No. 15). Further, I certify, pursuant to 28 U.S.C. §1915(a)(3), that an appeal from this decision could not be taken in good faith.

　　So Ordered.

　　　　　　　　　　　　　　　　　　　　　　s/ Jeffrey J. Helmick
　　　　　　　　　　　　　　　　　　　　　　United States District Judge